# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Consumer Mikeisha Hamm

v.

Judge Claudia A. Baio

Case No. 3:22a401(OAW)
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. Consumer Mikeisha Hamm is a citizen of Connecticut who
   (Plaintiff)    natural person    (State)
   presently resides at 44 Merriam Ave. Bloomfield CT.
   (mailing address)

2. Defendant Judge Claudia A. Baio is a citizen of Connecticut
   (name of first defendant)    (State)
   whose address is 80 Washington St. Hartford CT.

3. Defendant _____ is a citizen of _____
         (name of second defendant)                                            (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**

The jurisdiction of this court is invoked pursuant to: (list statute(s))

15 USC 1692k, I am requesting & authorizing the court to rule in this complaint on my behalf.

**C. NATURE OF THE CASE** - attached

**BRIEFLY** state the background of your case.

The Judge refused to allow me to appear in court as the Natural Woman & denied me my Rights pursuant to Title 15 Chapter 41 "Consumer Credit Protection" The Judge did not allow me to state my claims and she has ordered a Judgement that will have a significant adverse impact upon the safety & soundness of the consumer & my family. The Judge is in violation of 18 USC 1343, 18 USC 1341

2

## D. CAUSE OF ACTION - *attached*

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

_____

Supporting Facts:

3

**E. REQUEST FOR RELIEF** attached Labeled "REMEDY"
WHEREFORE, plaintiff demands: (state the relief you seek)

**F. JURY DEMAND**

Do you wish to have a jury trial?  Yes      No

_[signature]_        _[signature]_ All Rights Reserved
Original signature of attorney (if any)     **Plaintiff's Original Signature**

Mikeisha Hamm Consumer       Consumer Mikeisha Hamm
Printed Name                    Printed Name

( )                    ( )
Attorney's full address and telephone      Plaintiff's full address and telephone
                                     44 Merriam Ave. Bloomfield CT 06002
                                     860 268 4952
Email address if available             Email address if available
                                     mshamm93@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _District Court Clerks office_ on _3/18/2022_.
              (location)                   (date)

_[signature]_
**Plaintiff's Original Signature**

(Rev.3/29/16)